23-11741 L.E. v. Superintendent of Cobb County School District